FILED:  September 1, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 19-4557

───────────────

UNITED STATES OF AMERICA,

       Plaintiff – Appellee,

v.

KEITH ANTONIO BARNETT,

       Defendant – Appellant.

───────────────

O R D E R

───────────────

The Court amends its opinion filed on August 30, 2022, as follows:

On the last line of page 6, the citation to the United States Sentencing Guidelines is corrected to read, "U.S.S.G. § 2D1.1 cmt. n. 17."

For the Court – By Direction

/s/ Patricia S. Connor, Clerk